IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR #733126 | § § | |
| V. | § § | W-19-CA-231-ADA |
| LORIE DAVIS | § § | |

## ORDER OF DISMISSAL

Before the Court is Petitioner's Motion for the Authorization to File a Second or Successive 2254 Federal Writ of Habeas Corpus and Certificate of Appealability. Title 28 U.S.C. § 2244(b) provides before a second or successive application for writ of habeas corpus is filed in the district court, an applicant must move in the *appropriate court of appeals* for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3) (emphasis added). Petitioner mistakenly files her request for permission to file a successive application in the district court. To the extent Petitioner is seeking to file a successive application, her request is dismissed for want of jurisdiction because she must seek permission from the Fifth Circuit, not this Court. To the extent she is simply filing a habeas corpus application in this Court, pursuant to § 2244(b), the Court finds this successive application for writ of habeas corpus should be dismissed for lack of jurisdiction because Petitioner has not obtained prior approval to file a successive habeas corpus application. See *In re Epps*, 127 F.3d 364 (5th Cir. 1997).

1

It is therefore **ORDERED** that Petitioner's Motion for the Authorization to File a Second or Successive 2254 Federal Writ of Habeas Corpus and Certificate of Appealability is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction, and this case is **CLOSED**.

It is finally **ORDERED** that a certificate of appealability is denied.

**SIGNED** on March 29, 2019

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE