

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>800 Franklin Avenue Room 380<br>Waco, TX  76701 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

**August 5, 2019**

Yolanda Saldivar
TDCJ-ID #733126
Mountain View Unit
2305 Ransom Road
Gatesville, TX  76528

Re:   Your recent letter

Dear Ms. Saldivar:

    This office has received your recent letter regarding all the 28 U.S.C. §2254 & §2241 habeas actions that you have filed in this court.  I find three cases of the former and none of the latter.  The §2254 cases are: W-11-CV-058, W-14-CV-036 and W-19-CV-231.  The petition in W-11-CV-058 is 10 pages long, the Report and Recommendation is 4 pages and the Judgment is 2 pages.  In W-14-CV-036, the Motion for Leave to file Federal Writ of Mandamus and §2254 petition is 33 pages long and the Order dismissing is 5 pages and the Judgment is 1 page.  In W-19-CV-231, the §2254 petition is 12 pages and the order dismissing is 2 pages long.  Copies of these documents may be obtained by sending a check or money order made payable to "Clerk, U.S. District Court" to the address listed above.  Copies are $0.50/page.  Thank you.

                                       Sincerely,

                                       Mark G. Borchardt
                                       Deputy Clerk

MGB/

733126CopiesLtr080519

July 29, 2019

United States District Court
for the Western District
Waco Division
c/o District Clerk
800 Franklin Ave.
Room 380
Waco, Texas 76701

RECEIVED
AUG 02 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Re: YOLANDA SALDIVAR v. STATE OF TEXAS
   Cause No.: 95-CR-1187-F
   Trial Court Case No.: 704424

Dear District Clerk:

   I submit a request for your assistance in the following matter:

   Can you please advise me of the "cost to purchase" the following documents:

   (1) Any §2254 petitions challenging my judgment or sentence received by this Court that I might have filed, if any;
   (2) Any previous §2241 petitions challenging the terms and conditions of my prisonment that I might have filed, if any;
   (3) Any complaint that was subsequently treated by the district court N/A as a §2254 Motion or §2241 petition;
   (4) All Court Opinions and Orders disposing of the claims advanced in previous §2254 and/or §2241; and
   (5) All magistrate judge's reports and recommendations issued in connection with the claims in §2254 and/or §2241.

   Thank you for your assistance in this matter.

Respectfully submitted,

*Yolanda Saldivar*
Yolanda Saldivar
TDCJ #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

W-11-CV-058 (2254) (R&R #5) 4pgs Judg 2pgs.
   (pet. 10pgs)
W-14-CV-036 (2254) order dsmsg 5pgs Judg. 1pg.
   (mot. 4 LV - 2254 pet/t) 33pgs
W-19-CV-231 (2254) order dsmsg 2pgs
   (pet. 12pgs)

Yolanda Salduvar
#733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, TX 76528

United States District Court
for the Western District
Waco Division
C/o District Clerk
800 Franklin Ave.
Room 380
Waco, TX 76701

76701-193480



AUSTIN TX 787
RIO GRANDE DISTRICT
31 JUL 2019 PM 4 L
FOREVER USA